**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**Vs.**                              **Cr. No.: 3:17-CR-00134-NBB-RP**

**BOBBY RODGERS,**
        **Defendant.**

## NOTICE OF APPEARANCE

COMES NOW, M. HADEN LAWYER, counsel for the Defendant, and makes a general appearance on behalf of Defendant.

                                                  Respectfully submitted,

                                                     **The**
                                            **CLAIBORNE ✺ FERGUSON**
                                                **Law Firm, P.A.**
                                       294 Washington Avenue
                                       Memphis, Tennessee 38103
                                       (901) 529-6400
                                       john@midsouthcriminaldefense.com

                                       /s/ M. Haden Lawyer
                                       M. HADEN LAWYER (102824)
                                       Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 16th day of November, 2017.

                                       /s/ M. Haden Lawyer
                                       M. HADEN LAWYER