IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## NOTICE

UNITED STATES OF AMERICA

vs.                                                  CASE NO. 3:17cr134-NBB

BOBBY RODGERS, JR.

**TAKE NOTICE** that a proceeding in this case has been **SET** for the place, date and time set forth below:

**Place**
UNITED STATES FEDERAL BUILDING
911 JACKSON AVENUE
OXFORD, MISSISSIPPI

**Room No.**
COURTROOM 3 WEST

**Date and Time**
TUESDAY, NOVEMBER 28, 2017, 3:30 PM

**Type of Proceeding:**

**WAIVER OF INDICTMENT/FILING OF INFORMATION/PLEA HEARING
BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.**

**ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENTS AS TO COURT APPEARANCES**

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date: November 17, 2017

To: Michael H. Lawyer (electronic notice only)
       Clayton A. Dabbs (electronic notice only)

**CONTACT KAREN TIDWELL AT (662)281-3002 OR (662)234-3401
IF YOU HAVE ANY QUESTIONS**